1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

| E.V. DRAKE, | NO.  C18-351-JLR |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| NORDSTROM INCORPORATED, et al., | |
| Defendants. | |

14          The Court, having reviewed the Report and Recommendation of the Honorable James

15    P. Donohue, the governing law, and the balance of the record, hereby ORDERS as follows:

16          (1)     The Report and Recommendation is ADOPTED and APPROVED;

17          (2)     This action is DISMISSED without prejudice;

18          (3)     The Clerk of the Court is directed to send copies of this Order to plaintiff and to
19                  the Honorable James P. Donohue.

20          DATED this 18 day of  May , 2018.

21
22
23                                                    JAMES L. ROBART
24                                                    United States District Judge
25
26

ORDER OF DISMISSAL - 1